# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| KENNY GORDON | CIVIL ACTION NO. 09-1088-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN GOODWIN, ET AL. | MAGISTRATE JUDGE HORNSBY |

# J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint be and is hereby **DISMISSED WITHOUT PREJUDICE**, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  See Link v. Wabash Railroad Co., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962) (recognizing a district court's inherent power to dismiss *sua sponte* for lack of prosecution).

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 17th day of December, 2009.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE